435 A.2d 1328

Hubert, Appellant, v. Millville Mutual Insurance Co.

Argued April 29, 1981.   Paul D. Shafer, Jr., for appellant;   Willis E. Schug, for appellee.

Before CERCONE, P. J., and BROSKY and HOFFMAN, JJ.

Order affirmed.

435 A.2d 1328

In the Interest of Anthony Elliott, etc.

Appeal of Anthony Elliott.

Submitted December 5, 1980.   Seth Weber, Assistant Public Defender, for appellant;   Michael Kane, District Attorney, for appellee.

Before CAVANAUGH, DiSALLE and MONTEMURO, JJ.

Order affirmed.

DiSALLE, J., filed a memorandum dissenting statement.